RITA SANDY, an Infant, by CHARLES A. SANDY, Her Guardian ad Litem, and CHARLES A. SANDY, Appellants, v. GRACE A. WICKS, Respondent.— Order granting defendant's motion to vacate plaintiffs' notice of examination before trial reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs; examination to proceed upon five days' notice. The complaint sufficiently alleged a cause of action. Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.